No. 85–634.   KIRCHNER v. KIRCHNER.   Dist. Ct. App. Fla., 3d
Dist.   Certiorari denied.

No. 85–638.   CLEMENTE v. UNITED STATES ET AL.   C. A. 9th
Cir.   Certiorari denied.

No. 85–700.   ALLEN v. NATIONAL LABOR RELATIONS BOARD.
C. A. 6th Cir.   Certiorari denied.

No. 85–715.   MOORE v. LAVICKY.   C. A. 10th Cir.   Certiorari
denied.

No. 85–729.   BRONGER ET AL. v. OFFICE OF PERSONNEL MAN-
AGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 85–742.   JEPPESEN & CO. v. BROCKLESBY ET AL.   C. A.
9th Cir.   Certiorari denied.

No. 85–747.   TIMBERLAKE v. UNITED STATES; and
No. 85–5473.   ENGELHART v. UNITED STATES.   C. A. 10th
Cir.   Certiorari denied.   Reported below: 767 F. 2d 1479.

No. 85–756.   ADAMS v. MCILHANY.   C. A. 5th Cir.   Certiorari
denied.

No. 85–805.   VIZBARAS, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF VIZBARAS, ET UX. v.
PRIEBER ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–825.   DAY v. SOUTH PARK INDEPENDENT SCHOOL DIS-
TRICT.   C. A. 5th Cir.   Certiorari denied.

No. 85–858.   DE NARDO v. COOK ET AL.   C. A. 9th Cir.   Cer-
tiorari denied.